UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – SENTENCING

Case No. 6:17-CR-027-S-CHB-HAI-01  At London  Date August 7, 2018

USA v Dustin Jolly   X present   X custody   ___ bond   ___ OR   Age ___

DOCKET ENTRY: The Court adopts the Presentence Report and Addendums, prepared by the United States Probation Office as its findings, with the revisions as stated on the record by the U.S. Probation Officer. The PSR shall be filed in the record under seal in the event of an appeal. Oral motion of the United States to dismiss Count 3 of the Superseding Indictment and the underlying Indictment is **GRANTED**. The portion of the hearing held at the bench shall be sealed, and if transcribed, that portion of the transcript shall be filed under SEAL.

PRESENT: HON. CLARIA HORN BOOM, UNITED STATES DISTRICT JUDGE

| Jackie Brock | Diane Farrell | Jason D. Parman |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft   Andrew M. Stephens   X present   ___ retained   X appointed

PROCEEDINGS: SENTENCING (Non-Evidentiary)

 X   Objections to Presentence Report by Defendant are WITHDRAWN.

___   No objections to Presentence Report.

___   The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

 X   Court's Advice of Right to Appeal provided to defendant.

 X   Transcript shall be deemed as written findings of Court.

 X   Judgment shall be entered (See Judgment & Commitment.)

___   Defendant to remain on bond and on conditions of release.

 X   Defendant remanded to the custody of the United States Marshal.

Copies: COR, USP, USM

Initials of Deputy Clerk   jmb
TIC: 1/05