# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 13, 2023

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Jul 14, 2023
DEBORAH S. HUNT, Clerk

Re:  Dustin Jolly
     v. United States
     No. 23-5099
     (Your No. 22-5463)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 26, 2023 and placed on the docket July 13, 2023 as No. 23-5099.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst